# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CODING TECHNOLOGIES LLC, | § § § | |
| Plaintiff, | § | Case No.: 1:17-cv-01459-LPS-CJB |
| | § | |
| vs. | § | |
| | § | **NOTICE OF SETTLEMENT AND** |
| ITT INC., | § | **VOLUNTARY DISMISSAL** |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |
| | § | |
| | § | |

Plaintiff, CODING TECHNOLOGIES LLC, hereby gives notice that this action has been settled and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses this action, with prejudice, with both parties to bear their own attorneys' fees and expenses incurred in this action.

**DATED** on December 18, 2017

Respectfully submitted,

*/s/ Stamatios Stamoulis*
*STAMOULIS & WEINBLATT LLC*
Stamatios Stamoulis #4606
stamoulis@swdelaw.com
Richard C. Weinblatt #5080
weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540
*Attorneys for Plaintiff*
CODING TECHNOLOGIES LLC